STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
ALI FESHARAKI (State Bar No. 316559)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:   310.556.5800
Facsimile:   310.556.5959
Email:   *lacalendar@stroock.com*

Attorneys for Defendant
  DISCOVER BANK erroneously sued as DISCOVER
  FINANCIAL SERVICES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DANIEL,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAPITAL ONE BANK (USA) N.A.;<br>DISCOVER FINANCIAL SERVICES<br>LLC; EQUIFAX INFORMATION<br>SERVICES LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>AND, TRANS UNION LLC,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:20-cv-01919 JLS (DFMx)<br><br>[Assigned to Hon. Josephine L. Staton]<br><br>**ANSWER AND AFFIRMATIVE<br>DEFENSES OF DEFENDANT<br>DISCOVER BANK TO<br>PLAINTIFF'S COMPLAINT** |

Defendant Discover Bank ("Discover"), erroneously sued as Discover Financial Services LLC, hereby answers the Complaint filed on October 5, 2020, by plaintiff Nicholas Daniel ("Plaintiff") as follows:

## INTRODUCTION

1.      Answering Paragraph 1 of the Complaint, Discover states that the allegations in Paragraph 1 contain legal conclusions to which no response is required. To the extent a response is required, Discover states that the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") speaks for itself and Discover denies any allegations that are inconsistent therewith.

2.      Answering Paragraph 2 of the Complaint, Discover states that Plaintiff asserts a claim for alleged violation of the FCRA, but denies that it violated the FCRA and denies that Plaintiff is entitled to any relief whatsoever from Discover.

3.      Answering Paragraph 3 of the Complaint, Discover states that Plaintiff asserts a claim for alleged violation of the FCRA, but denies that it violated the FCRA and denies that Plaintiff is entitled to any relief whatsoever from Discover.

4.      Answering Paragraph 4 of the Complaint, Discover denies the allegations contained therein.

5.      Answering Paragraph 5 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 5.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and, on that basis, denies the allegations contained therein.

## JURISDICTION AND VENUE

6.      Answering Paragraph 6 of the Complaint, Discover states that this Court lacks jurisdiction as Plaintiff agreed to arbitrate any disputes relating to the account at issue in the Complaint.  Except as expressly stated, Discover denies any liability to Plaintiff and denies that Plaintiff is entitled to any relief whatsoever from Discover.

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

7.     Answering Paragraph 7 of the Complaint, Discover states that Plaintiff asserts a claim for alleged violation of the FCRA, but denies that it violated the FCRA and denies that Plaintiff is entitled to any relief whatsoever from Discover.

8.     Answering Paragraph 8 of the Complaint, Discover states that this Court lacks jurisdiction as Plaintiff agreed to arbitrate any disputes relating to the account at issue in the Complaint.  Except as expressly stated, Discover denies any liability to Plaintiff and denies that Plaintiff is entitled to any relief whatsoever from Discover.

9.     Answering Paragraph 9 of the Complaint, Discover states that this Court lacks jurisdiction as Plaintiff agreed to arbitrate any disputes relating to the account at issue in the Complaint.  Except as expressly stated, Discover denies any liability to Plaintiff and denies that Plaintiff is entitled to any relief whatsoever from Discover.

## PARTIES

10.     Answering Paragraph 10 of the Complaint, Discover states, upon information and belief, that Plaintiff is a natural person, and further states that it issued a credit card account to Plaintiff in November 2016, that charges were incurred on that account and that the account has an outstanding balance.  Except as expressly stated, Discover denies the remaining allegations contained therein.

11.     Answering Paragraph 11 of the Complaint, Discover states that the allegation in this Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Discover states that 15 U.S.C. § 1681a(c) speaks for itself and denies any allegations inconsistent therewith.

12.     Answering Paragraph 12 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegation contained in Paragraph 12.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained in Paragraph 12 and, on that basis, denies the allegation contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

- 2 -

ANSWER OF DEFENDANT DISCOVER BANK TO PLAINTIFF'S COMPLAINT
Case No. 8:20-cv-01919 JLS (DFMx)

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

13.     Answering Paragraph 13 of the Complaint, Discover states that it is a bank chartered by the Office of the Delaware State Bank Commissioner with its principal place of business in Greenwood, Delaware.  Except as expressly stated, Discover denies the allegation contained in Paragraph 13.

14.     Answering Paragraph 14 of the Complaint, Discover states that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Discover states that 15 U.S.C. § 1681s-2(b) speaks for itself and denies any allegations inconsistent therewith.  To the extent a further response is required, Discover states that, in the ordinary course of business, it issues credit card accounts, among other financial products, and furnishes information to credit reporting agencies about those credit card accounts.

15.     Answering Paragraph 15 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegation contained in Paragraph 15.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained in Paragraph 15 and, on that basis, denies the allegation contained therein.

16.     Answering Paragraph 16 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegation contained in Paragraph 16.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained in Paragraph 16 and, on that basis, denies the allegation contained therein.

17.     Answering Paragraph 17 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegation contained in Paragraph 17.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient

1 | to form a belief as to the truth of the allegation contained in Paragraph 17 and, on

2 | that basis, denies the allegation contained therein.

3 |       18.    Answering Paragraph 18 of the Complaint, Discover states that this

4 | Paragraph contains no allegations directed to Discover.  Accordingly, Discover

5 | neither admits nor denies the allegation contained in Paragraph 17.  To the extent a

6 | response is required, Discover states that 15 U.S.C. § 1681a(f) speaks for itself and

7 | denies any allegations inconsistent therewith.

8 | **FACTUAL ALLEGATIONS**

9 |       19.    Answering Paragraph 19 of the Complaint, Discover lacks knowledge or

10 | information at this time sufficient to form a belief as to the truth of the allegations

11 | contained therein and, on that basis, denies the allegations contained therein.

12 |       20.    Answering Paragraph 20 of the Complaint, Discover denies the

13 | allegations directed at it.  Except as expressly stated, Discover lacks knowledge or

14 | information sufficient to form a belief as to the truth of the remaining allegations

15 | contained in Paragraph 20 and, on that basis, denies the allegations contained therein.

16 |       21.    Answering Paragraph 21 of the Complaint, Discover denies the

17 | allegations directed at it.  Except as expressly stated, Discover lacks knowledge or

18 | information sufficient to form a belief as to the truth of the remaining allegations

19 | contained in Paragraph 21 and, on that basis, denies the allegations contained therein.

20 |       22.    Answering Paragraph 22 of the Complaint, Discover denies the

21 | allegation contained therein as it pertains to Discover.  Except as expressly stated,

22 | Discover lacks knowledge or information sufficient to form a belief as to the truth of

23 | the remaining allegations contained in Paragraph 22 and, on that basis, denies the

24 | allegations contained therein

25 |       23.    Answering Paragraph 23 of the Complaint, Discover denies the

26 | allegation contained therein as it pertains to Discover.  Except as expressly stated,

27 | Discover lacks knowledge or information sufficient to form a belief as to the truth of

28 |

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

ANSWER OF DEFENDANT DISCOVER BANK TO PLAINTIFF'S COMPLAINT
Case No. 8:20-cv-01919 JLS (DFMx)

LA 52405230v2

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

the remaining allegations contained in Paragraph 23 and, on that basis, denies the allegations contained therein.

24.    Answering Paragraph 24 of the Complaint, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained therein and, on that basis, denies the allegation contained therein.

25.    Answering Paragraph 25 of the Complaint, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained therein and, on that basis, denies the allegation contained therein.

26.    Answering Paragraph 26 of the Complaint, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained therein and, on that basis, denies the allegation contained therein.

27.    Answering Paragraph 27 of the Complaint, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained therein and, on that basis, denies the allegation contained therein.

28.    Answering Paragraph 28 of the Complaint, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegation contained therein and, on that basis, denies the allegation contained therein.

29.    Answering Paragraph 29 of the Complaint, Discover states that after investigating Plaintiff's dispute, Discover concluded that Plaintiff remains liable for the account and the charges made thereon.  Except as expressly stated, Discover lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 29 and, on that basis, denies the allegations contained therein.

30.    Answering Paragraph 30 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 30.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient

LA 52405230v2

1    to form a belief as to the truth of the allegations contained in Paragraph 30 and, on
2    that basis, denies the allegations contained therein.

3           31.     Answering Paragraph 31 of the Complaint, Discover states that this
4    Paragraph contains no allegations directed to Discover.  Accordingly, Discover
5    neither admits nor denies the allegations contained in Paragraph 31.  To the extent a
6    response is required, Discover lacks knowledge or information at this time sufficient
7    to form a belief as to the truth of the allegations contained in Paragraph 31 and, on
8    that basis, denies the allegations contained therein.

9           32.     Answering Paragraph 32 of the Complaint, Discover states that this
10   Paragraph contains no allegations directed to Discover.  Accordingly, Discover
11   neither admits nor denies the allegations contained in Paragraph 32.  To the extent a
12   response is required, Discover lacks knowledge or information at this time sufficient
13   to form a belief as to the truth of the allegations contained in Paragraph 32 and, on
14   that basis, denies the allegations contained therein.

15          33.     Answering Paragraph 33 of the Complaint, Discover states that this
16   Paragraph contains no allegations directed to Discover.  Accordingly, Discover
17   neither admits nor denies the allegations contained in Paragraph 33.  To the extent a
18   response is required, Discover lacks knowledge or information at this time sufficient
19   to form a belief as to the truth of the allegations contained in Paragraph 33 and, on
20   that basis, denies the allegations contained therein.

21          34.     Answering Paragraph 34 of the Complaint, Discover states that this
22   Paragraph contains no allegations directed to Discover.  Accordingly, Discover
23   neither admits nor denies the allegations contained in Paragraph 34.  To the extent a
24   response is required, Discover lacks knowledge or information at this time sufficient
25   to form a belief as to the truth of the allegations contained in Paragraph 34 and, on
26   that basis, denies the allegations contained therein.

27          35.     Answering Paragraph 35 of the Complaint, Discover states that this
28   Paragraph contains no allegations directed to Discover.  Accordingly, Discover

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

- 6 -

LA 52405230v2

neither admits nor denies the allegations contained in Paragraph 35.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, on that basis, denies the allegations contained therein.

36.     Answering Paragraph 36 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 36.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, on that basis, denies the allegations contained therein.

37.     Answering Paragraph 37 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 37.  To the extent a response is required, Discover states that the Fraud Affidavits referenced in this Paragraph speak for themselves, and Discover denies any allegations inconsistent therewith.  Except as expressly stated, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, on that basis, denies the allegations contained therein.

38.     Answering Paragraph 38 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 38.  To the extent a response is required, Discover states that the Fraud Affidavits referenced in this Paragraph speak for themselves, and Discover denies any allegations inconsistent therewith.  Except as expressly stated, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, on that basis, denies the allegations contained therein.

39.     Answering Paragraph 39 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

ANSWER OF DEFENDANT DISCOVER BANK TO PLAINTIFF'S COMPLAINT
Case No. 8:20-cv-01919 JLS (DFMx)

LA 52405230v2

neither admits nor denies the allegations contained in Paragraph 39.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, on that basis, denies the allegations contained therein.

40.     Answering Paragraph 40 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 40.  To the extent a response is required, Discover lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, on that basis, denies the allegations contained therein.

41.     Answering Paragraph 41 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 41.  To the extent a response is required, Discover states that 15 U.S.C. § 1681i(a) speaks for itself and denies any allegations inconsistent therewith.  To the extent a further response is required, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, on that basis, denies the allegation contained therein.

42.     Answering Paragraph 42 of the Complaint, Discover states that in August 2020, it received disputes from the credit reporting agencies regarding Plaintiff and the credit card account issued to him by Discover.  Except as expressly stated, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, on that basis, denies the allegations contained therein.

43.     Answering Paragraph 43 of the Complaint, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, on that basis, denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

LA 52405230v2

44.     Answering Paragraph 44 of the Complaint, Discover states that the disputes it received from the credit reporting agencies in August 2020, regarding Plaintiff and the credit card account issued to him by Discover, included a FTC Identity Theft Victim's Complaint and Affidavit signed by Plaintiff on July 7, 2020. Except as expressly stated, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, on that basis, denies the allegations contained therein.

45.     Answering Paragraph 45 of the Complaint, Discover states that the disputes it received from the credit reporting agencies in August 2020, regarding Plaintiff and the credit card account issued to him by Discover, included a FTC Identity Theft Victim's Complaint and Affidavit signed by Plaintiff on July 7, 2020, a typed letter from Plaintiff, and handwritten letters to Plaintiff signed by a "Ricardo Linares." Except as expressly stated, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, on that basis, denies the allegations contained therein.

46.     Answering Paragraph 46 of the Complaint, Discover states that the allegation in this Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Discover states that 15 U.S.C. § 1681s-2(b)(1)(A) speaks for itself and denies any allegations inconsistent therewith.

47.     Answering Paragraph 47 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover. Accordingly, Discover neither admits nor denies the allegation contained in Paragraph 47. Discover further states that the allegation in this Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Discover states that 15 U.S.C. § 1681i speaks for itself and denies any allegations inconsistent therewith.

48.     Answering Paragraph 48 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover. Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 48. To the extent a

LA 52405230v2

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

1   response is required, Discover states that 15 U.S.C. § 1681i(a)(6) speaks for itself

2   and denies any allegations inconsistent therewith.  To the extent a further response is

3   required, Discover lacks knowledge or information sufficient to form a belief as to

4   the truth of the allegations contained in Paragraph 48 and, on that basis, denies the

5   allegation contained therein.

6        49.    Answering Paragraph 49 of the Complaint, Discover states that it

7   investigated Plaintiff's dispute and confirmed that, based on its records, the

8   information furnished regarding Plaintiff's credit card account was accurate.  Except

9   as expressly stated, Discover lacks knowledge or information sufficient to form a

10  belief as to the truth of the allegations contained in Paragraph 49 and, on that basis,

11  denies the allegation contained therein.

12       50.    Answering Paragraph 50 of the Complaint, Discover denies the

13  allegation contained therein.

14       51.    Answering Paragraph 51 of the Complaint, Discover denies the

15  allegations contained therein.

16       52.    Answering Paragraph 52 of the Complaint, Discover states that this

17  Paragraph contains no allegations directed to Discover.  Accordingly, Discover

18  neither admits nor denies the allegations contained in Paragraph 52.  To the extent a

19  further response is required, Discover lacks knowledge or information sufficient to

20  form a belief as to the truth of the allegations contained therein and, on that basis,

21  denies the allegation contained therein.

22       53.    Answering Paragraph 53 of the Complaint, Discover denies the

23  allegations contained therein.

24       54.    Answering Paragraph 54 of the Complaint, Discover denies the

25  allegations contained therein.

26       55.    Answering Paragraph 55 of the Complaint, Discover denies the

27  allegations contained therein.

28

- 10 -

LA 52405230v2

56.     Answering Paragraph 56 of the Complaint, Discover denies the allegations contained therein.

57.     Answering Paragraph 57 of the Complaint, Discover denies the allegations contained therein.

58.     Answering Paragraph 58 of the Complaint, Discover denies the allegations contained therein.

59.     Answering Paragraph 59 of the Complaint, Discover states that it sent two letters dated September 8, 2020 to Plaintiff at his address on file, and further states that these letters speak for themselves and denies any allegations inconsistent therewith.

60.     Answering Paragraph 60 of the Complaint, Discover states that it sent two letters dated September 8, 2020 to Plaintiff at his address on file, and further states that these letters speak for themselves and denies any allegations inconsistent therewith.

61.     Answering Paragraph 61 of the Complaint, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegation contained therein.

62.     Answering Paragraph 62 of the Complaint, Discover denies the allegations contained therein.

63.     Answering Paragraph 63 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 63.  To the extent a further response is required, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, on that basis, denies the allegation contained therein.

64.     Answering Paragraph 64 of the Complaint, Discover denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

- 11 -

LA 52405230v2

65.     Answering Paragraph 65 of the Complaint, Discover denies the allegations contained therein.

66.     Answering Paragraph 66 of the Complaint, Discover denies the allegations contained therein.

67.     Answering Paragraph 67 of the Complaint, Discover denies the allegations contained therein.

68.     Answering Paragraph 68 of the Complaint, Discover denies the allegations contained therein.

69.     Answering Paragraph 69 of the Complaint, Discover denies the allegations contained therein.

70.     Answering Paragraph 70 of the Complaint, Discover denies the allegations contained therein.

71.     Answering Paragraph 71 of the Complaint, Discover lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegation contained therein.

72.     Answering Paragraph 72 of the Complaint, Discover denies the allegations contained therein.

73.     Answering Paragraph 73 of the Complaint, Discover denies the allegations contained therein.

74.     Answering Paragraph 74 of the Complaint, Discover denies the allegations contained therein.

75.     Answering Paragraph 75 of the Complaint, Discover denies the allegations contained therein.

76.     Answering Paragraph 76 of the Complaint, Discover states that this Paragraph contains no allegations directed to Discover.  Accordingly, Discover neither admits nor denies the allegations contained in Paragraph 76.  To the extent a further response is required, Discover lacks knowledge or information sufficient to

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

LA 52405230v2

1   form a belief as to the truth of the allegations contained in Paragraph 76 and, on that

2   basis, denies the allegation contained therein.

3       77.    Answering Paragraph 77 of the Complaint, Discover states that this

4   Paragraph contains no allegations directed to Discover.  Accordingly, Discover

5   neither admits nor denies the allegations contained in Paragraph 77.  To the extent a

6   further response is required, Discover lacks knowledge or information sufficient to

7   form a belief as to the truth of the allegations contained in Paragraph 77 and, on that

8   basis, denies the allegation contained therein.

9       78.    Answering Paragraph 78 of the Complaint, Discover denies the

10  allegations contained therein.

11      79.    Answering Paragraph 79 of the Complaint, Discover denies the

12  allegations contained therein.

13      80.    Answering Paragraph 80 of the Complaint, Discover denies the

14  allegations contained therein.

15      81.    Answering Paragraph 81 of the Complaint, Discover states that Plaintiff

16  asserts a claim for alleged violation of the FCRA, but denies that it violated the

17  FCRA and denies that Plaintiff is entitled to any relief whatsoever from Discover.

18            **CAUSES OF ACTION CLAIMED BY PLAINTIFF**

19                              **COUNT I**

20          **VIOLATION OF THE FAIR CREDIT REPORTING ACT**

21                  **15 U.S.C. §§ 1681-1681X (FCRA)**

22                    **[AGAINST ALL DEFENDANTS]**

23      82.    Answering Paragraph 82 of the Complaint, Discover incorporates by

24  reference Paragraphs 1 through 81 of this Answer as though fully stated herein.

25      83.    Answering Paragraph 83 of the Complaint, Discover denies the

26  allegations contained therein.

27      84.    Answering Paragraph 84 of the Complaint, Discover denies the

28  allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA  90067-3086

- 13 -

LA 52405230v2

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

85.     Answering Paragraph 85 of the Complaint, Discover denies the allegations contained therein.

## PRAYER FOR RELIEF

Answering the PRAYER FOR RELIEF paragraph of the Complaint, Discover denies that Plaintiff is entitled to any of the relief requested therein or any relief whatsoever from Discover.

## TRIAL BY JURY

86.     Answering Paragraph 86 of the Complaint, Discover acknowledges that Plaintiff has requested a trial by jury, but denies any liability to Plaintiff and denies that Plaintiff is entitled to any relief whatsoever from Discover.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiff, Discover, as separate and distinct affirmative defenses to the Complaint and all the claims alleged therein, alleges as follows on information and belief:

## FIRST AFFIRMATIVE DEFENSE
### (Standing)

1.     Plaintiff lacks standing to pursue the alleged claims against Discover. Plaintiff lacks Article III standing as he did not suffer any injury as a result of any alleged inaccuracies furnished by Discover.

## SECOND AFFIRMATIVE DEFENSE
### (No Injury)

2.     Subject to further factual development, including discovery and a deposition of Plaintiff, Discover is informed and believes and thereon alleges that the claim set forth in the Complaint is barred, in whole or in part, because Plaintiff suffered no injury as a result of any act or practice of Discover.

LA 52405230v2

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

## THIRD AFFIRMATIVE DEFENSE

## (Failure to Mitigate)

3.    To the extent that Plaintiff suffered any damages as a result of the matters alleged in the Complaint, which Discover denies, Plaintiff failed to mitigate those damages; therefore, his claims are barred, in whole or in part.

## FOURTH AFFIRMATIVE DEFENSE

## (Failure to State a Claim)

4.    The Complaint fails to set forth facts sufficient to state a claim against Discover.

## FIFTH AFFIRMATIVE DEFENSE

## (Independent/Intervening Conduct)

5.    Plaintiff is barred from recovery in that any damage sustained by Plaintiff was the direct and proximate result of the independent, intervening, negligent and/or unlawful conduct of independent third parties or their agents, and not any act or omission on the part of Discover.

## SIXTH AFFIRMATIVE DEFENSE

## (Contributory Negligence)

6.    Plaintiff failed to exercise reasonable and ordinary care, caution or prudence in order to avoid incurring the alleged damages sought by the Complaint; thus, the damages, if any, sustained by Plaintiff, were proximately caused and contributed to by Plaintiff's own negligence.

## SEVENTH AFFIRMATIVE DEFENSE

## (Reasonable Procedures)

7.    At all relevant times, Discover maintained reasonable procedures to ensure compliance with the FCRA.

LA 52405230v2

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

## EIGHTH AFFIRMATIVE DEFENSE

### (Good Faith/Commercially Reasonable Conduct)

8.     With respect to the matters alleged in the Complaint, Discover at all times acted in good faith and in accordance with reasonable commercial standards and any applicable statutory requirements, thus precluding Plaintiff from any recovery as against Discover.

## NINTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

9.     The Complaint is barred, in whole or in part, because any alleged wrongful conduct on the part of Discover, which is assumed only for the purpose of this affirmative defense, was unintentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adopted to avoid any such error.

## TENTH AFFIRMATIVE DEFENSE

### (Due Process and Excessive Fines Clauses)

10.     The imposition of liability and/or statutory damages under the FCRA, as sought in the Complaint, would violate provisions of the United States Constitution, including the Due Process and Excessive Fines Clauses.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

11.     Plaintiff's claim is barred, in whole or in part, by the applicable statute of limitations.

## TWELFTH AFFIRMATIVE DEFENSE

### (Laches)

12.     Plaintiff's claim is barred, in whole or in part, by the doctrine of Laches.

LA 52405230v2

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

13.    The Complaint is barred by Plaintiff's conduct, actions and inactions which amount to and constitute a waiver of any right or rights that Plaintiff may or might have in relation to the matters alleged in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

14.    The Complaint is barred by Plaintiff's conduct, actions and inactions which amount to and constitute an estoppel of the claims and any relief sought thereby.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Ratification)

15.    Plaintiff has ratified the conduct alleged in the Complaint and therefore is barred from recovery against Discover.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Consent/Acquiescence)

16.    Through Plaintiff's own conduct, acts or omissions, Plaintiff consented to and acquiesced in Discover's conduct.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

17.    The Complaint is barred, in whole or in part, by the conduct, actions and inactions of Plaintiff under the doctrine of unclean hands.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Privileged Conduct/Communications)

18.    The Complaint is barred, in whole or in part, on the grounds that Discover's conduct and/or communications were subject to a privilege and/or a qualified privilege.

- 17 -

LA 52405230v2

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

## NINETEENTH AFFIRMATIVE DEFENSE

### (Discharge of Duty)

19.     Discover alleges that it has appropriately, completely and fully performed and discharged any and all obligations and legal duties, if any, arising out of the matters alleged in the Complaint.

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Punitive or Statutory Damages)

20.     Plaintiff cannot satisfy statutory requirements to recover punitive or statutory damages, and cannot satisfy the requirements of <u>Safeco Insurance Co. of America v. Burr</u>, 551 U.S. 47 (2007).

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Apportionment)

21.     Discover is not legally responsible with respect to the damages that may be claimed by Plaintiff as a result of the matters alleged in the Complaint; however, if Discover is found to be legally responsible in any manner, then it alleges that its legal responsibilities are not the sole and proximate cause of the injuries and the damages awarded, if any, are to be apportioned in accordance with the fault and legal responsibility of all non-Discover parties, persons and entities, or the agents, servants and employees of such non-Discover parties, persons and entities, who contributed to and/or caused said damages, according to proof presented at the time of trial.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Agreement to Arbitrate)

22.     The claim alleged by Plaintiff in the Complaint is subject to binding, individual arbitration pursuant to the arbitration provision contained in the agreement governing Plaintiff's account with Discover.  Discover expressly reserves the right to elect to resolve this matter in arbitration pursuant to the parties' arbitration agreement.

LA 52405230v2

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Reservation of Rights)

23.     Discover expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.

## PRAYER

**WHEREFORE**, Discover requests the following relief:

(1)     That the Complaint be dismissed with prejudice;

(2)     That Plaintiff take nothing from Discover by virtue of the Complaint;

(3)     That judgment be entered in Discover's favor;

(4)     That the Court award Discover its fees, expenses and costs to the full extent permitted by law; and

(5)     That the Court award such other relief as is just and proper under the circumstances.

Dated:  November 17, 2020          STROOCK & STROOCK & LAVAN LLP
                                   ARJUN P. RAO
                                   ALI FESHARAKI

                                   By: _____/s/ Arjun P. Rao_____
                                                Arjun P. Rao

                                   Attorneys for Defendant
                                       Discover BANK erroneously sued as
                                       Discover FINANCIAL SERVICES
                                       LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020 a copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT DISCOVER BANK TO PLAINTIFF'S COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.


_/s/ Arjun P. Rao_
Arjun P. Rao

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

- 20 -

LA 52405230v2